No. 81–202. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. *v.* CLAIBORNE HARDWARE CO. ET AL., 458 U. S. 886. Motion for leave to file petition for rehearing denied. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 81–5036. ROGERS *v.* NEW YORK, 454 U. S. 898. Motion for leave to file petition for rehearing denied.